| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
| 2 | STACY M. TUCKER (SBN 218942)<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | 1001 Marshall Street, Suite 300<br>Redwood City, CA 94063-2052 |
| 4 | Telephone: (650) 364-8200<br>Facsimile: (650) 780-1701 |
| 5 | Email: pcogan@rmkb.com, stucker@rmkb.com |

Attorneys for Real Party In Interest
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Defendant ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY

LAURENCE F. PADWAY (SBN 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Ste. 101
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff, ANTONIO PRADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PRADO,<br><br>   Plaintiff,<br><br>v.<br><br>ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY,<br><br>   Defendant.<br><br>LIBERTY LIFE ASSURANE COMPANY OF BOSTON,<br><br>   Real Party In Interest | CASE NO. 09-CV-04419 -SI<br><br>**STIPULATION EXTENDING ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY'S TIME TO RESPOND TO COMPLAINT** |

It is hereby stipulated by and between plaintiff ANTONIO PRADO and Defendant

ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY, through

RC1/5414944.1/SMT

STIPULATION TO EXTEND TIME -
CASE NO.: 09-CV-04419-SI

their respective attorneys of record, that ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY shall have up to and including November 6, 2009 to file its response to plaintiff's Complaint in this action.

**IT IS SO STIPULATED**.

Dated:  November 3, 2009

By: _____/s/ *Laurence F. Padway*_____
LAURENCE PADWAY
Attorneys for Plaintiff, ANTONIO PRADO

Dated:  November 3, 2009        ROPERS, MAJESKI, KOHN & BENTLEY

By: : _____/s/ *Pamela E. Cogan*_____
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Real Party In Interest
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON, Defendant
ALLIED DOMECQ SPIRITS AND WINE
GROUP DISABILITY INCOME POLICY

IT IS SO ORDERED.

Dated: _____, 2009

By:__[signature: Susan Illston]_____
Judge Susan Illston
United States District Court, Northern
District of California

RC1/5414944.1/SMT — - 2 - — STIPULATION TO EXTEND TIME - CASE NO.: 09-CV-04419-SI