1  PAMELA E. COGAN (SBN 105089)
   HANA HARDY (SBN 252871)
2  STACY M. TUCKER (SBN 218942)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, 3rd Floor
   Redwood City, CA 94063
4  Telephone:  (650) 364-8200
   Facsimile:  (650) 780-1701
5  Email:      pcogan@rmkb.com
               hhardy@rmkb.com
6              stucker@rmkb.com

7  Attorneys for Defendant ALLIED DOMECQ
   SPIRITS & WINE USA INC. AND
8  SUBSIDIARY & AFFILIATED
   COMPANIES GROUP WELFARE
9  INSURANCE PLAN FOR EMPLOYEES IN
   THE US (erroneously sued as ALLIED
10 DOMECQ SPIRITS AND WINE GROUP
   DISABILITY INCOME POLICY) and Real
11 Party In Interest LIBERTY LIFE
   ASSURANCE COMPANY OF BOSTON
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

| 16 | ANTONIO PRADO, | Case No. C 09 04419 SC |
|---|---|---|
| 17 | Plaintiff, | |
| 18 | v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR STANDARD OF REVIEW** |
| 19 | ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME | |
| 20 | POLICY, | |
| 21 | Defendant. | |
| 22 | | |
| 23 | LIBERTY MUTUAL INSURANCE, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | |
| 24 | | |
| 25 | Real Party In Interest. | |

26

27     **WHEREAS**, the parties agreed to mediate this matter pursuant to the Northern District

28 ADR Mediation Program, and the court signed an order referring the case to mediation on

RC1/5538137.1/RS         - 1 -         STIPULATION AND [PROPOSED] ORDER TO
                                       CONTINUE HEARING DATE
                                       CASE NO. C 05 2716 SC

February 1, 2010;

**WHEREAS**, the court set the case for hearing for a motion for summary judgment on the standard of review at the case management conference on February 19, 2010, with a hearing date set for May 7, 2010;

**WHEREAS**, the court ordered at the case management conference on February 19, 2010 that Plaintiff may also notice a motion for limited discovery or motion to strike surveillance for hearing on May 7, 2010;

**WHEREAS**, the ADR Clerk's notice of appointment of mediator was issued on March 10, 2010, appointing Robert F. Schwartz as mediator, and the parties held the initial pre-mediation conference with Mr. Schwartz on March 24, 2010;.

**WHEREAS**, the mediation is now set for April 20, 2010, the earliest mutually convenient date for the parties and the mediator

**WHEREAS,** the parties wish to continue the hearing on the motion on the standard of review and any motion for limited discovery or motion to strike the parties may wish to file so that the briefing is not due before the parties first attempt to resolve the case through mediation so as to avoid unnecessary expense and in the interest of judicial economy;

**IT IS HEREBY STIPULATED** between the parties, by and through their respective counsel of record, that the court-ordered hearing scheduled for May 7, 2010 on Motion for Standard of Review and any motion for limited discovery or motion to strike shall be continued to June 4, 2010.

**IT IS SO STIPULATED.**

Dated: March 31, 2010          LAW OFFICES OF LAURENCE PADWAY


By  /s/ Laurence Padway
    LAURENCE PADWAY
    Attorney for Plaintiff ANTONIO PRADO



Dated: March 31, 2010          ROPERS, MAJESKI, KOHN & BENTLEY


By:  /s/ Pamela E. Cogan
    PAMELA E. COGAN
    HANA HARDY
    STACY M. TUCKER
    Attorneys for Defendant ALLIED DOMECQ
    SPIRITS AND WINE GROUP DISABILITY
    INCOME POLICY and Real Party in Interest
    LIBERTY MUTUAL INSURANCE COMPANY


[PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED:

That the hearing date for the Motion For Summary Judgment on the Standard of Review and any motion for limited discovery or motion to strike the parties may wish to file is continued from May 7, 2010 to ~~June 4, 2010~~. June 25, 2010.


**IT IS SO ORDERED.**

Dated: April 1, 2010

_____
Honorable [signature: Judge Samuel Conti]
United States District Court Judge

IT IS SO ORDERED