Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-6100
Facsimile: (510)814-0650

David J. Linden, #41221
Post Office Box 5780
Napa, CA 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for plaintiff
    Antonio Prado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PRADO, | No. C 9-04419 SC |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE FOR FILING SIMULTANEOUS FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY, | |
| Defendant. _____/ | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON , | |
| Real Party In Interest _____/ | |

**WHEREAS**, the parties Simultaneous Proposed Findings of Fact and Conclusions of Law are due on June 23, 2011; and

**WHEREAS**, Plaintiff's Counsel, Larry Padway, has advised counsel for Defendant that he

1

1  has been ill with the flu since Saturday, June 18, 2011;

2  **IT IS HEREBY STIPULATED** between the parties, by and through their respective counsel of record, that the filing of the parties Simultaneous Proposed Findings of Fact and Conclusions of Law be continued to June 29, 2011.

5  **IT IS SO STIPULATED**.

Dated:  June 23, 2011              LAW OFFICES OF LAURENCE PADWAY


By _____
      LAURENCE PADWAY
      Attorney for Plaintiff ANTONIO PRADO



Dated:  June 23, 2011              ROPERS, MAJESKI, KOHN & BENTLEY


By:_____
      PAMELA E. COGAN
      HANA HARDY
      STACY M. TUCKER
      Attorneys for Defendant ALLIED DOMECQ
      SPIRITS AND WINE GROUP DISABILITY
      INCOME POLICY and Real Party in Interest
      LIBERTY MUTUAL INSURANCE COMPANY

2

**[PROPOSED] ORDER**

Based on the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the date for filing of the parties Simultaneous Proposed Findings of Fact and Conclusions of Law is continued from June 22, 2011 to June 29, 2011.

**IT IS SO ORDERED**.

Dated:     June 23, 2011      _____
                               Honorable Samuel Conti
                               United States District Court Judge