PAMELA E. COGAN (SBN 105089)
HANA HARDY (SBN 252871)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, 3rd Floor
Redwood City, CA  94063
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:         pcogan@rmkb.com
               hhardy@rmkb.com
               stucker@rmkb.com

Attorneys for Defendant ALLIED DOMECQ SPIRITS & WINE USA INC. AND SUBSIDIARY & AFFILIATED COMPANIES GROUP WELFARE INSURANCE PLAN FOR EMPLOYEES IN THE US (erroneously sued as ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY) and Real Party In Interest LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PRADO,<br><br>   Plaintiff,<br><br>v.<br><br>ALLIED DOMECQ SPIRITS AND WINE GROUP DISABILITY INCOME POLICY,<br><br>   Defendant.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>   Real Party In Interest. | CASE NO.  C 09 04419 SC<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING ATTORNEYS' FEES, AND COSTS<br><br><br>**Honorable Samuel Conti** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The parties, through their respective counsel of record, have reached an agreement as to the amount of attorneys' fees and costs to be awarded by the Court pursuant to its July 22, 2011

Memorandum of Decision, Findings of Fact and Conclusions of Law.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel of record, that the attorneys' fees and costs of the action, to be paid by Liberty Life Assurance Company of Boston shall be $162,000. Liberty Life Assurance Company of Boston shall pay said sum to counsel for plaintiff, the Law Offices of Laurence F. Padway.

Dated: August 31, 2011  LAW OFFICES OF LAURENCE F. PADWAY
LAW OFFICE OF DAVID J. LINDEN

By:/s/ _____
   LAURENCE F. PADWAY
   DAVID J. LINDEN
   Attorneys for Plaintiff ANTONIO PRADO

Dated: August 31, 2011  ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ _____
   PAMELA E. COGAN
   HANA A. HARDY
   Attorneys for Defendant ALLIED DOMECQ
   SPIRITS AND WINE GROUP DISABILITY
   INCOME POLICY and Real Party in Interest
   LIBERTY LIFE ASSURANCE COMPANY
   OF BOSTON

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff Antonio Prado shall be awarded $162,000 in attorney's fees and costs interest and that Plaintiff's Motion for Attorney's Fees is hereby vacated.

Dated: September 2, 2011

_____
The Honorable
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*